Harold Malkin, WSBA No. 30986
Barbara J. Duffy, WSBA No. 18885
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206.223.7000
Facsimile: 206.223.7107
malkinh@lanepowell.com
duffyb@lanepowell.com
Attorneys for Defendants Lockheed
Martin Services, Inc., and Lockheed
Martin Corporation

THE HONORABLE ROSANNA
MALOUF PETERSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:19-cv-05021 |
| | ) | |
| MISSION SUPPORT ALLIANCE, LLC., LOCKHEED MARTIN SERVICES, INC., LOCKHEED MARTIN CORPORATION, | ) ) ) ) | **LOCKHEED MARTIN SERVICES, INC. AND LOCKHEED MARTIN CORPORATION'S CORPORATE DISCLOSURE STATEMENT** |
| and | ) | |
| | ) | |
| JORGE FRANCISCO "FRANK" ARMIJO, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, Defendants Lockheed Martin Services, Inc. and Lockheed Martin Corporation provide the following corporation disclosure statement:

CORPORATE DISCLOSURE STATEMENT - 1
NO. 4:19-CV-05021

123440.0002/7608594.1

Lockheed Martin Services, Inc. is a wholly owned subsidiary of Lockheed Martin Corporation. Lockheed Martin Corporation is a publicly traded global security and aerospace company, and 15.7% shares of common stock are owned by State Street Corporation and State Street Bank and Trust Company (hereinafter referred to as "SSC" and SSBTC" respectively). SSC and SSBTC are known as a "beneficial owner" of the security generally having or sharing voting power, which includes the power to vote or to direct the voting of such security, or investment power, also including the power to dispose or direct the disposition of such security, which are held in a master trust for Lockheed Martin benefit plans.

DATED: March 25, 2019

LANE POWELL PC

By      s/Barbara J. Duffy
        Barbara J. Duffy, WSBA No. 18885
        1420 Fifth Avenue, Suite 4200
        P.O. Box 91302
        Seattle, WA  98111-9402
        Email: duffyb@lanepowell.com
        Telephone: 206.223.7000
        Facsimile: 206.223.7107

        Attorneys for Defendants Lockheed Martin
        Services, Inc., and Lockheed Martin
        Corporation

CORPORATE DISCLOSURE STATEMENT - 2
NO. 4:19-CV-05021

123440.0002/7608594.1

# CERTIFICATE OF SERVICE

I certify that on the date listed below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

Executed this 25th day of March, 2019, at Seattle, Washington.


_s/Barbara J. Duffy_
Signature of Attorney
Barbara J. Duffy, WSBA No. 18885
duffyb@lanepowell.com
    LANE POWELL PC
    1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206.223.7000
Facsimile: 206.223.7107

Attorneys for Defendants Lockheed Martin Services, Inc., and Lockheed Martin Corporation

CORPORATE DISCLOSURE STATEMENT - 3
NO. 4:19-CV-05021

123440.0002/7608594.1