Marisa M. Bavand, WSBA No. 27929
mbavand@groffmurphy.com
Allison L. Murphy, WSBA No. 43017
amurphy@groffmurphy.com
GROFF MURPHY PLLC
300 East Pine Street
Seattle, WA 98122
Ph. (206) 628-9500
Fx. (206) 628-9506

Andrew S. Tulumello (*Admitted Pro Hac Vice*)
ATulumello@gibsondunn.com
Alex Gesch (*Admitted Pro Hac Vice*)
AGesch@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.,
Washington, DC 20036-5306
Ph. (202) 955-8500
Fx. (202) 530-9678

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Honorable Rosanna Malouf Peterson |
| Plaintiff, | No. 4:19-cv-05021-RMP |
| v. | MISSION SUPPORT ALLIANCE, LLC'S CORPORATE DISCLOSURE STATEMENT |
| MISSION SUPPORT ALLIANCE, LLC, LOCKHEED MARTIN SERVICES, INC., LOCKHEED MARTIN CORPORATION, and JORGE FRANCISCO "FRANK" ARMIJO, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Mission Support Alliance, LLC ("MSA") hereby states that it has no parent corporation and that no publicly held

MISSION SUPPORT ALLIANCE, LLC'S CORPORATE
DISCLOSURE STATEMENT (Cause No. 4:19-cv-05021-RMP) –
Page 1

GROFF MURPHY PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

33560 wd01f401yq

corporation directly owns 10% or more of its stock. Although neither is publicly traded, each of Leidos Integrated Technology, LLC ("LIT") and Centerra Group, LLC own more than 10% of MSA. LIT is a subsidiary of Leidos Holdings, Inc., which is publicly traded. Centerra Group, LLC is a subsidiary of Constellis Holdings, LLC, which is not publicly traded.

Dated this 12th day of April, 2019.

Respectfully submitted,

GROFF MURPHY PLLC

*s/ Marisa M. Bavand*
Marisa M. Bavand, WSBA No. 27929
Allison L. Murphy, WSBA No. 43019
Groff Murphy, PLLC
300 E. Pine Street
Seattle, WA 98122
Telephone: (206) 628-9500
Facsimile: (206) 628-9506

GIBSON, DUNN & CRUTCHER LLP
Andrew S. Tulumello, *Admitted PHV*
Alex Gesch, *Admitted PHV*
1050 Connecticut Avenue, N.W.,
Washington, DC 20036-5306
Ph. (202) 955-8500
Fx. (202) 530-9678

*Attorneys for Defendant Mission Support Alliance LLC*

MISSION SUPPORT ALLIANCE, LLC'S CORPORATE DISCLOSURE STATEMENT (Cause No. 4:19-cv-05021-RMP) – Page 2

GROFF MURPHY PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

33560 wd01f401yq

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served on April 12, 2019 true and correct copies of the foregoing document to the counsel of record listed below, via the method indicated:

| Daniel Hugo Fruchter<br>Tyler Howard Louis Tornabene<br>U S Attorney's Office - SPO<br>920 W Riverside Suite 300<br>P O Box 1494<br>Spokane, WA 99210-1494<br>Tel.: 509-353-2767<br>Fax: 509-462-3866<br>E.: daniel.fruchter@usdoj.gov<br>E.: usawae.ttornabeneecf@usdoj.gov | ☐ Hand Delivery Via Messenger<br>☐ First Class Mail<br>☐ Federal Express<br>☐ Facsimile<br>☑ E-mail (via ECF) |

*Attorneys for Plaintiff United States of America*

| Harold Malkin<br>Barbara J. Duffy<br>Lane Powell PC - SEA<br>1420 Fifth Avenue, Suite 4200<br>PO Box 91302<br>Seattle, WA 98111-9402<br>Tel.: 206-223-7277<br>Fax: 206-223-7107<br>E.: malkinh@lanepowell.com<br>E.: duffyb@lanepowell.com | ☐ Hand Delivery Via Messenger<br>☐ First Class Mail<br>☐ Federal Express<br>☐ Facsimile<br>☑ E-mail (via ECF) |

Laurie A. Witek, *Admitted PHV*
Michael J. Bronson, *Admitted PHV*
Patrick M. Hagan, *Admitted PHV*
Dinsmore & Sohl LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
Tel.: 513-977-8648
E.: Laurie.Witek@dinsmore.com
E.: Michael.Bronson@dinsmore.com
E.: Patrick.Hagan@dinsmore.com

Michael J. Ferrara, *Admitted PHV*
Dinsmore & Shohl LLP - Columbus
191 W. Nationwide Blvd, Suite 300

MISSION SUPPORT ALLIANCE, LLC'S CORPORATE
DISCLOSURE STATEMENT (Cause No. 4:19-cv-05021-RMP) –
Page 3

GROFF MURPHY PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

33560 wd01f401yq

| | | |
|---|---|---|
| 1 | Columbus, OH 43215<br>Tel.: 614-628-6975<br>E.: Michael.Ferrara@dinsmore.com | |
| 2 | | |
| 3 | | |
| 4 | Maryann P. Surrick, *Admitted PHV*<br>Lockheed Martin Corporation<br>6801 Rockledge Drive, MP 203<br>Bethesda, MD 20817<br>Tel.: 301-897-6988<br>E.: maryann.surrick@lmco.com | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | ***Attorneys for Defendants Lockheed Martin Services Inc. and Lockheed Martin Corporation*** | |
| 9 | | |
| 10 | Geana M. Van Dessel<br>Kutak Rock, LLP<br>510 W Riverside Avenue, Suite 800<br>Spokane, WA 99201<br>Tel.: 509-747-4040<br>Fax: 509-747-4545<br>E.: Geana.VanDessel@kutakrock.com | ☐ Hand Delivery Via Messenger<br>☐ First Class Mail<br>☐ Federal Express<br>☐ Facsimile<br>☑ E-mail (via ECF) |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | Eric Nitz, *Admitted PHV*<br>Justin Shur, *Admitted PHV*<br>Lucas Walker, *Admitted PHV*<br>MoloLamken LLP<br>600 New Hampshire Ave., NW<br>Washington, DC 20037<br>T: (202) 556-2000<br>E.: enitz@mololamken.com<br>E.: jshur@mololamken.com<br>E.: lwalker@mololamken.com | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | ***Attorney for Defendant Frank Armijo*** | |
| 23 | DATED: April 12, 2019, at Seattle, Washington. | |
| 24 | | |
| 25 | GROFF MURPHY PLLC | |
| 26 | *s/ Andrea Mas* | |

MISSION SUPPORT ALLIANCE, LLC'S CORPORATE DISCLOSURE STATEMENT (Cause No. 4:19-cv-05021-RMP) – Page 4

GROFF MURPHY PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

33560 wd01f401yq

| | |
|---|---|
| 1 | Andrea L. Mas, Legal Assistant |
| 2 | 300 East Pine Street |
| | Seattle, WA 98122 |
| 3 | E. amas@groffmurphy.com |

MISSION SUPPORT ALLIANCE, LLC'S CORPORATE DISCLOSURE STATEMENT (Cause No. 4:19-cv-05021-RMP) – Page 5

**GROFF MURPHY PLLC**
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

33560 wd01f401yq