Harold Malkin, WSBA No. 30986
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206.223.7000
Facsimile: 206.223.7107

Maryann P. Surrick (Pro Hac Vice)
LOCKHEED MARTIN CORP.
6801 Rockledge Drive, MP 203
Bethesda, MD 20817
Ph: 301-897-6988

THE HONORABLE ROSANNA MALOUF PETERSON

Michael J. Bronson (Pro Hac Vice)
Patrick M. Hagan (Pro Hac Vice)
Laurie A. Witek (Pro Hac Vice)
Michael J. Ferrara (Pro Hac Vice)
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
Ph: (513) 977-8200
Fx: (513) 977-8141

Attorneys for Defendants Lockheed Martin Services, Inc., and Lockheed Martin Corporation

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MISSION SUPPORT ALLIANCE, LLC, LOCKHEED MARTIN SERVICES, INC., LOCKHEED MARTIN CORPORATION, <br><br> and <br><br> JORGE FRANCISCO "FRANK" ARMIJO, <br><br> Defendants. | No. 4:19-cv-05021 <br><br> DECLARATION OF PATRICK M. HAGAN IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS |

DECLARATION OF PATRICK M. HAGAN
IN SUPPORT OF DEFENDANTS'
MOTIONS TO DISMISS - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

I, Patrick M. Hagan, declare as follows:

1. I am an attorney at the law firm of Dinsmore & Shohl, LLP licensed to practice in the State of Ohio. I am admitted Pro Hac Vice in the United States District Court for the Eastern District of Washington, and I am one of attorneys for Defendants Lockheed Martin Services, Inc., and Lockheed Martin Corporation.

2. I have personal knowledge of the matters stated in this declaration. If called as a witness to testify to these statements, I could and would competently and honestly testify to their substance.

3. A true and correct copy of the 2009 Management Incentive Compensation Plan ("MICP") A, filed publicly with the Security and Exchange Commission ("SEC"), is attached hereto as **EXHIBIT A**. The document is publicly accessible on the SEC's website and is available at https://www.sec.gov/Archives/edgar/data/936468/000119312509038670/dex1015.htm. I last accessed this link on April 19, 2019.

4. A true and correct copy of the 2009 MICP Plan B, filed publicly with the SEC, is attached hereto as **EXHIBIT B**. The document is publicly accessible on the SEC's website and is available at https://www.sec.gov/Archives/edgar/data/936468/000119312509153203/dex10.htm. I last accessed this link on April 19, 2019.

5. A true and correct copy of the 2010 MICP Plan, filed publicly with the SEC, is attached hereto as **EXHIBIT C**. The document is publicly accessible on the SEC's website and is available at https://www.sec.gov/Archives/edgar/data/936468/000119312510017229/dex991.htm. I last accessed this link on April 19, 2019.

6. A true and correct copy of the 2011 MICP Plan, filed publicly with

DECLARATION OF PATRICK M. HAGAN
IN SUPPORT OF DEFENDANTS'
MOTIONS TO DISMISS - 2

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

the SEC, is attached hereto as **EXHIBIT D**.  The document is publicly accessible on the SEC's website and is available at https://www.sec.gov/Archives/edgar/data/936468/000119312511022096/dex991.htm.  I last accessed this link on April 19, 2019.

7. A true and correct copy of the 2013 MICP Plan, filed publicly with the SEC, is attached hereto as **EXHIBIT E**.  The document is publicly accessible on the SEC's website and is available at https://www.sec.gov/Archives/edgar/data/936468/000119312513026251/d473930dex102.htm.  I last accessed this link on April 19, 2019.

8. A true and correct copy of the 2014 MICP Plan, filed publicly with the SEC, is attached hereto as **EXHIBIT F**.  The document is publicly accessible on the SEC's website and is available at https://www.sec.gov/Archives/edgar/data/936468/000119312514024241/d658624dex101.htm.  I last accessed this link on April 19, 2019.

9. A true and correct copy of the 2015 MICP Plan, filed publicly with the SEC, is attached hereto as **EXHIBIT G**.  The document is publicly accessible on the SEC's website and is available at https://www.sec.gov/Archives/edgar/data/936468/000119312515141818/d887742dex101.htm.  I last accessed this link on April 19, 2019.

10. A true and correct copy of the 2016 MICP Plan, filed publicly with the SEC is attached hereto as **EXHIBIT H**.  The document is publicly accessible on the SEC's website and is available at https://www.sec.gov/Archives/edgar/data/936468/000119312516447743/d129701dex101.htm.  I last accessed this link on April 19, 2019.

DECLARATION OF PATRICK M. HAGAN
IN SUPPORT OF DEFENDANTS'
MOTIONS TO DISMISS - 3

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

1 | I make this declaration under penalty of perjury under the laws of the
2 | United States of America. Executed this 23rd day of April, 2019.

By: */s/ Patrick M. Hagan*
Patrick M. Hagan

DECLARATION OF PATRICK M. HAGAN
IN SUPPORT OF DEFENDANTS'
MOTIONS TO DISMISS - 4

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

I certify that on the date listed below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

Executed this 23rd day of April, 2019, at Seattle, Washington.

          *s/Patti Lane*
          Patti Lane, Legal Assistant

DECLARATION OF PATRICK M. HAGAN
IN SUPPORT OF DEFENDANTS'
MOTIONS TO DISMISS - 5

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107