Marisa M. Bavand, WSBA No. 27929
mbavand@groffmurphy.com
Allison L. Murphy, WSBA No. 43017
amurphy@groffmurphy.com
GROFF MURPHY PLLC
300 East Pine Street
Seattle, WA 98122
Ph. (206) 628-9500
Fx. (206) 628-9506

Andrew S. Tulumello (*Admitted Pro Hac Vice*)
ATulumello@gibsondunn.com
Alex Gesch (*Admitted Pro Hac Vice*)
AGesch@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.,
Washington, DC 20036-5306
Ph. (202) 955-8500
Fx. (202) 530-9678

Charles C. Speth (*Admitted Pro Hac Vice*)
Charles.Speth@wilmerhale.com
Benjamin W. Chapin (*Admitted Pro Hac Vice*)
Benjamin.Chapin@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Ph. (202) 663-6000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MISSION SUPPORT ALLIANCE, LLC, LOCKHEED MARTIN SERVICES, INC., LOCKHEED MARTIN CORPORATION, and JORGE FRANCISCO "FRANK" ARMIJO,<br><br>Defendants. | Hon. Rosanna Malouf Peterson<br><br>No. 4:19-cv-05021-RMP<br><br>DECLARATION OF MARISA M. BAVAND IN SUPPORT OF DEFENDANT, MISSION SUPPORT ALLIANCE, LLC'S MOTION TO DISMISS THE COMPLAINT<br><br>Hearing Date: October 3, 2019<br>Hearing Time: 10:00 a.m.<br>WITH ORAL ARGUMENT |

DECLARATION OF MARISA M. BAVAND IN SUPPORT OF
DEFENDANT, MISSION SUPPORT ALLIANCE, LLC'S MOTION
TO DISMISS (Cause No. 4:19-cv-05021-RMP) – Page 1

GROFF MURPHY PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

I, Marisa M. Bavand, hereby declare as follows:

1. I am over the age of 18 years and am competent to testify in this matter.

2. I am counsel for Defendant Mission Support Alliance, LLC ("MSA"). This declaration is made upon my personal knowledge and review of the available records and files in this matter, and I am competent to testify thereto.

3. Exhibit A to this declaration is a true and correct copy of Judge Somers's February 28, 2019, order granting a stay of proceedings in the Civilian Board of Contract Appeals ("CBCA") action *Mission Support Alliance, LLC v. United States Department of Energy* (CBCA No. 5095).

4. Exhibit B to this declaration is a true and correct copy of a February 26, 2019, Joint Status Report filed before Judge Somers in the CBCA action *Mission Support Alliance, LLC v. United States Department of Energy* (CBCA No. 5095).

I hereby certify under penalty of perjury under the laws of the United States and the State of Washington that the foregoing statements are true and correct.

Dated this 23rd day of April, 2019, at Seattle, WA.

Marisa M. Bavand, WSBA #27929

DECLARATION OF MARISA M. BAVAND IN SUPPORT OF
DEFENDANT, MISSION SUPPORT ALLIANCE, LLC'S MOTION
TO DISMISS (Cause No. 4:19-cv-05021-RMP) – Page 2

GROFF MURPHY PLLC
300 East Pine
Seattle, Washington 98122
(206) 628-9500
Facsimile: (206) 628-9506

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served on April 23, 2019, true and correct copies of the foregoing document to the counsel of record listed below, via the method indicated:

| Daniel Hugo Fruchter<br>Tyler Howard Louis Tornabene<br>U.S. Attorney's Office - SPO<br>920 W Riverside Suite 300<br>PO Box 1494<br>Spokane, WA 99210-1494<br>Tel.: 509-353-2767<br>Fax: 509-462-3866<br>E.: daniel.fruchter@usdoj.gov<br>E.: usawae.ttornabeneecf@usdoj.gov | ☐ Hand Delivery Via Messenger<br>☐ First Class Mail<br>☐ Federal Express<br>☐ Facsimile<br>☒ E-mail (via ECF) |
|---|---|

*Attorneys for Plaintiff United States of America*

| Harold Malkin<br>Barbara J. Duffy<br>Lane Powell PC - SEA<br>1420 Fifth Avenue, Suite 4200<br>PO Box 91302<br>Seattle, WA 98111-9402<br>Tel.: 206-223-7277<br>Fax: 206-223-7107<br>E.: malkinh@lanepowell.com<br>E.: duffyb@lanepowell.com | ☐ Hand Delivery Via Messenger<br>☐ First Class Mail<br>☐ Federal Express<br>☐ Facsimile<br>☒ E-mail (via ECF) |
|---|---|

Laurie A. Witek, *Admitted PHV*
Michael J. Bronson, *Admitted PHV*
Patrick M. Hagan, *Admitted PHV*
Dinsmore & Shohl LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
Tel.: 513-977-8648
E.: Laurie.Witek@dinsmore.com
E.: Michael.Bronson@dinsmore.com
E.: Patrick.Hagan@dinsmore.com

Michael J. Ferrara, *Admitted PHV*

DECLARATION OF MARISA M. BAVAND IN SUPPORT OF DEFENDANT, MISSION SUPPORT ALLIANCE, LLC'S MOTION TO DISMISS (Cause No. 4:19-cv-05021-RMP) – Page 3

GROFF MURPHY PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

| | | | |
|---|---|---|---|
| 1 | Dinsmore & Shohl LLP - Columbus | | |
| 2 | 191 W. Nationwide Blvd, Suite 300<br>Columbus, OH 43215 | | |
| 3 | Tel.: 614-628-6975<br>E.: Michael.Ferrara@dinsmore.com | | |
| 4 | | | |
| 5 | Maryann P. Surrick, *Admitted PHV*<br>Lockheed Martin Corporation | | |
| 6 | 6801 Rockledge Drive, MP 203<br>Bethesda, MD 20817 | | |
| 7 | Tel.: 301-897-6988<br>E.: maryann.surrick@lmco.com | | |

**Attorneys for Defendants Lockheed Martin Services Inc. and Lockheed Martin Corporation**

| | | | |
|---|---|---|---|
| Geana M. Van Dessel | ☐ | Hand Delivery Via Messenger |
| Kutak Rock, LLP | | |
| 510 W Riverside Avenue, Suite 800 | ☐ | First Class Mail |
| Spokane, WA 99201 | ☐ | Federal Express |
| Tel.: 509-747-4040 | ☐ | Facsimile |
| Fax: 509-747-4545 | ☑ | E-mail (via ECF) |
| E.: Geana.VanDessel@kutakrock.com | | |

Eric Nitz, *Admitted PHV*
Justin Shur, *Admitted PHV*
Lucas Walker, *Admitted PHV*
MoloLamken LLP
600 New Hampshire Ave., NW
Washington, DC 20037
T: (202) 556-2000
E.: enitz@mololamken.com
E.: jshur@mololamken.com
E.: lwalker@mololamken.com

**Attorney for Defendant Frank Armijo**

DECLARATION OF MARISA M. BAVAND IN SUPPORT OF DEFENDANT, MISSION SUPPORT ALLIANCE, LLC'S MOTION TO DISMISS (Cause No. 4:19-cv-05021-RMP) – Page 4

GROFF MURPHY PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED: April 23, 2019 at Seattle, Washington.

GROFF MURPHY PLLC

*s/ Andrea Mas*
Andrea L. Mas, Legal Assistant
300 East Pine Street
Seattle, WA 98122
E. amas@groffmurphy.com

DECLARATION OF MARISA M. BAVAND IN SUPPORT OF DEFENDANT, MISSION SUPPORT ALLIANCE, LLC'S MOTION TO DISMISS (Cause No. 4:19-cv-05021-RMP) – Page 5

GROFF MURPHY PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506