# EXHIBIT A



UNITED STATES
CIVILIAN BOARD OF CONTRACT APPEALS

ORDER GRANTING STAY OF PROCEEDINGS: February 28, 2019

CBCA 5095

MISSION SUPPORT ALLIANCE, LLC,

                Appellant,

v.

DEPARTMENT OF ENERGY,

                Respondent.

    Alejandro N. Mayorkas, Stephen W. Preston, Charles C. Speth, Andrew E. Shipley and Philip E. Beshara of Wilmer Cutler Pickering Hale and Dorr LLP, Washington, DC, and Stanley J. Bensussen, General Counsel of Mission Support Alliance, LLC, Richland, WA, counsel for Appellant.

    Daniel B. Volk, Commercial Litigation Branch, Civil Division, Department of Justice, Washington, DC, counsel for Respondent.

**SOMERS**, Board Judge (Chair).

## ORDER

    On February 26, 2019, the parties filed a joint status report in the above-referenced matter. In the report, the parties request that the Board continue the stay of proceedings.

    The request is **GRANTED**. Proceedings in this matter are stayed. The parties shall submit a joint status report to the Board on **April 29, 2019**, and every sixty-days thereafter.

                                                JERI KAYLENE SOMERS
                                                Board Judge