FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 24, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MISSION SUPPORT ALLIANCE, LLC; LOCKHEED MARTIN SERVICES, INC; LOCKHEED MARTIN CORPORATION; and JORGE FRANCISCO ARMIJO, Frank,<br><br>　　　　　　　　　Defendants. | NO:  4:19-CV-5021-RMP<br><br>ORDER GRANTING DEFENDANT JORGE FRANCISCO ARMIJO'S UNOPPOSED MOTION TO SEAL |

　　　BEFORE THE COURT is a motion, ECF No. 40, by Defendant Jorge Francisco "Frank" Armijo to seal the 2011 Lockheed Martin Management Incentive Compensation Plan objectives and evaluation ("2011 MICP Objectives") and the declaration by Mr. Armijo to which the 2011 MICP Objectives document is attached, ECF No. 41.  Defendant Armijo represents that Plaintiff United States

ORDER GRANTING DEFENDANT JORGE FRANCISCO ARMIJO'S
UNOPPOSED MOTION TO SEAL ~ 1

does not oppose the motion to seal the 2011 MICP Objectives and accompanying declaration.  ECF No. 40 at 2.

Pursuant to Fed. R. Civ. P. Rule 5.2(d), a court "may order that a filing be made under seal without redaction."  The rule continues, "The court may later unseal the filing or order the person who made the filing to file a redacted version for the public record."  Fed. R. Civ. P. 5.2(d).  At this stage in the proceedings, the Court finds good cause to file the 2011 MICP Objectives under seal, as the document contains sensitive, personal, confidential and proprietary information.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Armijo's Unopposed Motion to Seal, **ECF No. 40**, is **GRANTED**.

2. The document filed by Defendant Armijo at ECF No. 41 shall be filed as a <u>**sealed**</u> exhibit and accompany declaration.

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** April 24, 2019.

 *s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER GRANTING DEFENDANT JORGE FRANCISCO ARMIJO'S UNOPPOSED MOTION TO SEAL ~ 2