Geana M. Van Dessel, WSBA #35969
KUTAK ROCK LLP
502 W. Riverside Ave., Suite 800
Spokane, WA 99201
T: (509) 252-2691

Justin Shur, admitted *pro hac vice*
Lucas Walker, admitted *pro hac vice*
Eric Nitz, admitted *pro hac vice*
MOLOLAMKEN LLP
600 New Hampshire Ave., NW
Washington, DC 20037
T: 202.556.2000

Attorneys for Jorge Francisco Armijo

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                        Plaintiff,<br><br>        v.<br><br>MISSION SUPPORT ALLIANCE, LLC, LOCKHEED MARTIN SERVICES, INC., LOCKHEED MARTIN CORPORATION, and JORGE FRANCISCO "FRANK" ARMIJO,<br><br>                                        Defendants. | Case No. 4:19-CV-5021-RMP<br><br>Defendant Frank Armijo's Motion To Admit Emily K. Damrau Pro Hac Vice |

Pursuant to Local Rule 83.2(c), Geana Van Dessel, a member in good standing of the Washington State Bar and of the United States District Court for the Eastern District of Washington, moves for admission of Emily K. Damrau to appear pro hac vice in this matter.

Ms. Damrau's contact and admission information is:

Emily K. Damrau
MoloLamken LLP
600 New Hampshire Ave., NW, Ste. 660

Defendant Frank Armijo's Motion To Admit
Emily K. Damrau Pro Hac Vice - 1

Kutak Rock LLP
510 W. Riverside Ave., Suite 800
Spokane, WA 99201-0506
(509) 747-4040; fax (509) 747-4545

Washington, DC 20037
T: (202) 556-2000
Email:  edamrau@mololamken.com

- Illinois – Admitted 11/24/2015, Bar # 6320499
- District of Columbia – Admitted 1/5/2018, Bar # 144830

Ms. Damrau is a member in good standing with the states and courts where she is admitted. She maintains a practice in Washington, D.C. with the law firm of MoloLamken LLP. She has not been subject to any disciplinary action by any court or bar association.

MoloLamken LLP has a long standing relationship with Mr. Armijo and familiarity with the underlying facts and allegations. Mr. Armijo requests that MoloLamken be permitted to continue to serve as lead counsel for him in this case. Ms. Damrau requests permission to appear pro hac vice with the other members of her firm on behalf of Mr. Armijo. They will be associated with:

Geana M. Van Dessel, WSBA #35969
Kutak Rock, LLP
510 W. Riverside Ave., Ste. 800
Spokane, WA 99201
Phone: (509) 747-4040
Facsimile: (509) 747-4545
Email: Geana.VanDessel@KutakRock.com

Kutak Rock has an office in the Eastern District of Washington and Geana Van Dessel is admitted to practice in this Court. She will sign all pleadings, motions, and other papers prior to filing and will meaningfully participate in the case.

The required filing fee of $200.00 will be tendered with this Motion pursuant to Local Rule 83.2(c)(1).

Defendant Frank Armijo's Motion To Admit
Emily K. Damrau Pro Hac Vice - 2

Kutak Rock LLP
510 W. Riverside Ave., Suite 800
Spokane, WA 99201-0506
(509) 747-4040; fax (509) 747-4545

1

DATED this 17th day of May 2019.

2

3                                    By: s/ Geana M. Van Dessel

                                     Geana M. Van Dessel, WSBA #35969
4                                    KUTAK ROCK, LLP

                                     510 W. Riverside Ave., Ste. 800
5                                    Spokane, WA 99201

6                                    P: (509) 747-4040

                                     Geana.VanDessel@KutakRock.com
7

8                                    Justin Shur, admitted *pro hac vice*

                                     Lucas Walker, admitted *pro hac vice*
9                                    Eric Nitz, admitted *pro hac vice*

                                     MOLOLAMKEN LLP
10                                   600 New Hampshire Ave., NW

                                     Washington, DC 20037
11                                   T: 202.556.2000

                                     JShur@MoloLamken.com
12                                   LWalker@MoloLamken.com

                                     ENitz@MoloLamken.com
13

14                                   Attorneys for Jorge Francisco Armijo

15

16

17

18

19

20

21

22

23

24

Defendant Frank Armijo's Motion To Admit
Emily K. Damrau Pro Hac Vice - 3

Kutak Rock LLP
510 W. Riverside Ave., Suite 800
Spokane, WA 99201-0506
(509) 747-4040; fax (509) 747-4545

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

By: s/ Geana M. Van Dessel
Geana M. Van Dessel, WSBA #35969
KUTAK ROCK, LLP
510 W. Riverside Ave., Ste. 800
Spokane, WA 99201
P: (509) 747-4040
Geana.VanDessel@KutakRock.com

Defendant Frank Armijo's Motion To Admit
Emily K. Damrau Pro Hac Vice - 4

Kutak Rock LLP
510 W. Riverside Ave., Suite 800
Spokane, WA 99201-0506
(509) 747-4040; fax (509) 747-4545