Geana M. Van Dessel, WSBA #35969
KUTAK ROCK LLP
502 W. Riverside Ave., Suite 800
Spokane, WA 99201
T: (509) 252-2691

Justin Shur, admitted *pro hac vice*
Lucas Walker, admitted *pro hac vice*
Eric Nitz, admitted *pro hac vice*
MOLOLAMKEN LLP
600 New Hampshire Ave., NW
Washington, DC 20037
T: 202.556.2000

Attorneys for Jorge Francisco Armijo

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MISSION SUPPORT ALLIANCE, LLC, LOCKHEED MARTIN SERVICES, INC., LOCKHEED MARTIN CORPORATION, and JORGE FRANCISCO "FRANK" ARMIJO,<br><br>Defendants. | Case No. 4:19-CV-5021-RMP<br><br>Order Granting Defendant Armijo's Motion To Admit Emily K. Damrau To Participate Pro Hac Vice<br><br>[Proposed] |

Before the Court is the Application of Emily K. Damrau for Permission to Appear Pro Hac Vice as Counsel for Defendant Jorge Francisco "Frank" Armijo, ECF No. ____, in this captioned matter. The Court has reviewed the motion and supporting Declaration of Emily K. Damrau and is fully informed. The Court finds that a showing of particular need to participate in this case has been made and the requirements of LR 83.2(c) appear to have been met.

1    IT IS HEREBY ORDERED that the Motion of Emily K. Damrau to
2  Participate *Pro Hac Vice*, ECF No. _____, is GRANTED. Emily K. Damrau may
3  participate *pro hac vice* pursuant to Local Rule 83.2(c)(1) for the purpose of
4  representing Mr. Armijo in the above-captioned matter. Local counsel of record,
5  Geana M. Van Dessel, shall sign all pleadings, motions, and other papers prior to
6  filing and shall meaningfully participate in this case.
7    IT IS SO ORDERED. The District Executive shall forward copies of this
8  order to counsel of record.
9    DATED this _____ day of _____, 2019.

12    _____
      ROSANNA MALOUF PETERSON
13    United States District Judge

[Proposed] Order Granting Defendant Armijo's Motion To
Admit Emily K. Damrau To Participate Pro Hac Vice - 2

Kutak Rock LLP
510 W. Riverside Ave., Suite 800
Spokane, WA 99201-0506
(509) 747-4040; fax (509) 747-4545