Geana M. Van Dessel, WSBA #35969
KUTAK ROCK LLP
502 W. Riverside Ave., Suite 800
Spokane, WA 99201
T: (509) 252-2691

Justin Shur, admitted *pro hac vice*
Lucas Walker, admitted *pro hac vice*
Eric Nitz, admitted *pro hac vice*
MOLOLAMKEN LLP
600 New Hampshire Ave., NW
Washington, DC 20037
T: 202.556.2000

Attorneys for Jorge Francisco Armijo

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MISSION SUPPORT ALLIANCE, LLC, LOCKHEED MARTIN SERVICES, INC., LOCKHEED MARTIN CORPORATION, and JORGE FRANCISCO "FRANK" ARMIJO,<br><br>Defendants. | Case No. 4:19-CV-5021-RMP<br><br>Declaration Of Emily K. Damrau Re: Motion For Pro Hac Vice Admission |

Emily K. Damrau declares under penalty of perjury as follows:

1. I am over the age of 18, competent to make this declaration, and I make this declaration on personal knowledge.

2. I, in association with Geana Van Dessel, of the Law Firm of Kutak Rock, represent Jorge Francisco "Frank" Armijo, in this captioned matter.

3. I maintain a practice in Washington, D.C. with the law firm of

Declaration Of Emily K. Damrau Re: Motion
For Pro Hac Vice Admission - 1

Kutak Rock LLP
510 W. Riverside Ave., Suite 800
Spokane, WA 99201-0506
(509) 747-4040; fax (509) 747-4545

MoloLamken LLP, which has been retained by Mr. Armijo to serve as lead counsel in this case. I request permission to assist MoloLamken LLP in its representation of Mr. Armijo in this action via pro hac vice admission with this Court because MoloLamken LLP has a long standing relationship with Mr. Armijo and familiarity with the underlying facts and allegations. Mr. Armijo wants MoloLamken LLP to continue to serve as lead counsel for him in this case.

4. My contact information is set forth below:

Emily K. Damrau
MoloLamken LLP
600 New Hampshire Ave., NW, Ste. 660
Washington, DC 20037
T: (202) 556-2000
Email: edamrau@mololamken.com

5. My admission information is set forth below:

- Illinois – Admitted 11/24/2015, Bar # 6320499
- District of Columbia – Admitted 1/5/2018, Bar # 144830

6. I am a member in good standing of the District of Columbia bar, the Illinois State bar, and I have not been subject to any disciplinary action by any court or bar association.

7. I respectfully request permission to represent Mr. Armijo in this action via pro hac vice admission with this Court.

I declare under the laws of the United States of America that the foregoing is true and correct.

Signed this 17th day of May, at Washington, D.C.

_____
Emily K. Damrau

Declaration Of Emily K. Damrau Re: Motion
For Pro Hac Vice Admission - 2

Kutak Rock LLP
510 W. Riverside Ave., Suite 800
Spokane, WA 99201-0506
(509) 747-4040; fax (509) 747-4545

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

By: s/ Geana M. Van Dessel
Geana M. Van Dessel, WSBA #35969
KUTAK ROCK, LLP
510 W. Riverside Ave., Ste. 800
Spokane, WA 99201
P: (509) 747-4040
Geana.VanDessel@KutakRock.com

Declaration Of Emily K. Damrau Re: Motion
For Pro Hac Vice Admission - 3

Kutak Rock LLP
510 W. Riverside Ave., Suite 800
Spokane, WA 99201-0506
(509) 747-4040; fax (509) 747-4545