William D. Hyslop
United States Attorney
Eastern District of Washington
Dan Fruchter
Tyler H.L. Tornabene
Assistant United States Attorneys
Frieda K. Zimmerman
Special Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

Joseph H. Hunt
Assistant Attorney General
Michael D. Granston
Sara McLean
Don Williamson
Alexandra N. Wilson
Attorneys, Civil Division
U.S. Department of Justice
Washington, D.C. 20004

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MISSION SUPPORT ALLIANCE, LLC, LOCKHEED MARTIN SERVICES, INC., LOCKHEED MARTIN CORPORATION, and JORGE FRANCISCO "FRANK" ARMIJO,<br><br>Defendants. | NO. 4:19-cv-05021-RMP<br><br>JOINT MOTION AND MEMORANDUM IN SUPPORT OF PROTECTIVE ORDER AND FED. R. EVID. 502(d) ORDER<br><br>July 8, 2020 at 6:30 p.m.<br>*Without Oral Argument* |

Plaintiff United States of America and Defendants, Mission Support Alliance, LLC, Lockheed Martin Services, Inc., Lockheed Martin Corporation, and Jorge Francisco "Frank" Armijo, by and through their counsel of record, hereby jointly move the Court for entry of a Protective Order in the form of Exhibit A and for an Order

JOINT MOTION AND MEMORANDUM RE PROTECTIVE ORDER
AND FED. R. EVID 502(d) ORDER - 1

Pursuant to Fed. R. Evid. 502(d) in the form of Exhibit B.

The basis of this Motion is pursuant to 1) FRCP 26(c) to limit disclosure of certain documents and information that the parties expect to exchange in the course of discovery in the above-captioned matter; and pursuant to 2) Fed. R. Evid. 502(d) to invoke the protections afforded by Fed. R. Evid. 502(d) to the disclosure of privileged or protected information or documents in response to any discovery request in this action.

RESPECTULLY SUBMITTED on

This 1st day of July, 2020.

| | |
|---|---|
| William D. Hyslop<br>United States Attorney | Joseph H. Hunt<br>Assistant Attorney General<br>Michael D. Granston<br>Sara McLean |
| By: */s/Tyler H.L. Tornabene*<br>Dan Fruchter<br>Tyler H.L. Tornabene<br>Assistant United States Attorneys<br>Frieda K. Zimmerman<br>Special Assistant United States Attorney<br>Eastern District of Washington<br>920 W. Riverside Ave., Suite 340<br>Spokane, Washington 99201<br>(509) 353-2767<br>Daniel.Fruchter@usdoj.gov | By: */s/Don Williamson*<br>Don Williamson<br>Alexandra Wilson<br>United States Department of Justice<br>Civil Division<br>P.O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044 |

*Counsel for Plaintiff United States of America*

This 1st day of July, 2020.

| | |
|---|---|
| GROFF MURPHY, PLLC<br><br>By**: */s/Marisa M. Bavand*<br>Marisa M. Bavand, WSBA No. 27929<br>Allison L. Murphy, WSBA No. 43019<br>300 E. Pine Street, Seattle, WA 98122 | WILMER CUTLER PICKERING HALE AND DORR LLP<br><br>Charles C. Speth (pro hac vice)<br>Benjamin W. Chapin (pro hac vice)<br>1875 Pennsylvania Avenue N.W.<br>Washington, DC 20006 |

JOINT MOTION AND MEMORANDUM RE PROTECTIVE ORDER
AND FED. R. EVID 502(d) ORDER - 2

1  GIBSON, DUNN & CRUTCHER

2  Andrew S. Tulumello (pro hac vice)
3  Stuart F. Delery (pro hac vice)
   Alex Gesch (pro hac vice)
4  1050 Connecticut Avenue, N.W.,
   Washington, DC 20036-5306

5  *Attorneys for Defendant Mission Support Alliance, LLC*

6
7  This 1st day of July, 2020.

8  KUTAK ROCK, LLP                              MOLOLAMKEN LLP

9  By: **/s/ *Geana M. Van Dessel***            Justin Shur (pro hac vice)
10 Geana M. Van Dessel, WSBA No. 35969          Lucas Walker (pro hac vice)
   502 W. Riverside Avenue, Suite 800           Eric Nitz (pro hac vice)
11 Spokane, WA 99201                            Emily Damrau (pro hac vice)
                                                600 New Hampshire Ave., NW
12 MOLOLAMKEN LLP                               Washington, DC 20037
   Lisa W. Bohl (pro hac vice)
13 300 N. LaSalle St., Suite 5350
   Chicago, IL 60654
14
15                *Attorneys for Defendant Frank Armijo*

16 This 1st day of July, 2020.

17
18 LANE POWELL PC                               DINSMORE & SHOHL

19 By: **/s/ *Harold Malkin***                  Michael J. Bronson (pro hac vice)
   Harold Malkin, WSBA No. 30986                Patrick M. Hagan (pro hac vice)
20 Barbara J. Duffy, WSBA No. 18885             Laurie A. Witek (pro hac vice)
   1420 Fifth Avenue, Suite 4200                Michael J. Ferrara (pro hac vice)
21 P.O. Box 91302                               255 E. Fifth St., Suite 1900
   Seattle, WA 98111-9402                       Cincinnati, OH 45202
22
   *Attorneys for Defendants Lockheed Martin Services, Inc., and Lockheed Martin Corporation*
23
24
25
26
27
28

JOINT MOTION AND MEMORANDUM RE PROTECTIVE ORDER
AND FED. R. EVID 502(d) ORDER - 3

## *CERTIFICATE OF SERVICE*

I certify that on the date listed below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

| ATTORNEYS FOR LOCKHEED MARTIN CORPORATION & LOCKHEED MARTIN SERVICES, INC. ||
|---|---|
| **NAME & ADDRESS** | **METHOD OF DELIVERY** |
| LANE POWELL PC<br>**Harold Malkin**<br>**Barbara J. Duffy**<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle, WA 98111-9402 | ☒ EMAIL<br>malkinh@lanepowell.com<br>duffyb@lanepowell.com |
| DINSMORE & SHOHL LLP<br>**Michael J. Bronson**<br>**Patrick M. Hagan**<br>**Laurie A. Witek**<br>255 East Fifth Street, Suite 1900<br>Cincinnati, OH 45202 | ☒ EMAIL<br>Michael.bronson@dinsmore.com<br>Patrick.hagan@dinsmore.com<br>Laurie.witek@dinsmore.com |
| DINSMORE & SHOHL LLP<br>**Michael J. Ferrara**<br>191 W. Nationwide Blvd., Suite 300<br>Columbus, OH 43215 | ☒ EMAIL<br>Michael.ferrara@dinsmore.com |
| ATTORNEYS FOR MISSION SUPPORT ALLIANCE, LLC ||
| **NAME & ADDRESS** | **METHOD OF DELIVERY** |
| GROFF MURPHY PLLC<br>**Marisa M. Bavand**<br>**Allison L. Murphy**<br>300 East Pine Street<br>Seattle, WA 98122 | ☒ EMAIL<br>mbavand@groffmurphy.com<br>amurphy@groffmurphy.com |
| GIBSON DUNN & CRUTCHER, LLP<br>**Andrew S. Tulumello**<br>**Alex Gesch**<br>**Stuart F. Delery**<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306 | ☒ EMAIL<br>atulumello@gibsondunn.com<br>agesch@gibsondunn.com<br>sdelery@gibsondunn.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP<br>**Charles Speth**<br>**Benjamin Chapin**<br>Washington DC Office<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006 | ☒ EMAIL<br>Charles.speth@wilmerhale.com<br>Benjamin.chapin@wilmerhale.com |

JOINT MOTION AND MEMORANDUM RE PROTECTIVE ORDER AND FED. R. EVID 502(d) ORDER - 4

| ATTORNEYS FOR JORGE FRANCISCO "FRANK" ARMIJO ||
| NAME & ADDRESS | METHOD OF DELIVERY |
| --- | --- |
| KUTAK ROCK LLP<br>**Geana M. Van Dessel**<br>502 W. Riverside Avenue, Suite 800<br>Spokane, WA  99201 | ☒ EMAIL<br>Geana.vandessel@kutakrock.com<br>SpokaneLitigationFilings@kutakrock.com |
| MOLOLAMKEN LLP<br>**Eric Nitz**<br>**Justin Shur**<br>**Lucas Walker**<br>**Emily Damrau**<br>600 New Hampshire Ave., NW<br>Washington, DC  20037 | ☒ EMAIL<br>enitz@mololamken.com<br>jshur@mololamken.com<br>lwalker@mololamken.com<br>EDamrau@MoloLamken.com |
| MOLOLAMKEN LLP<br>**Lisa W. Bohl**<br>300 N. LaSalle St., Suite 5350<br>Chicago, IL 60654 | ☒ EMAIL<br>LBohl@MoloLamken.com |

<u>7/1/2020</u>                              ***/s/Tyler H.L. Tornabene***
DATE                                   TYLER TORNABENE

JOINT MOTION AND MEMORANDUM RE PROTECTIVE ORDER
AND FED. R. EVID 502(d)  ORDER - 5