FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 30, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>  v.<br><br>MISSION SUPPORT ALLIANCE, LLC; LOCKHEED MARTIN SERVICES, INC; LOCKHEED MARTIN CORPORATION; and JORGE FRANCISCO ARMIJO, Frank,<br><br>                     Defendants. | NO: 4:19-CV-5021-RMP<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE |

BEFORE THE COURT is a Stipulated Motion to Dismiss with Prejudice, ECF No. 104. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal pursuant to Fed. R. Civ. P 41(a).

Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion to Dismiss with Prejudice, **ECF No. 104**, is

    **GRANTED**, subject to the terms and conditions of the Settlement

    Agreement executed among the parties to this action on April 5, 2021.

ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE ~ 1

2. Plaintiff's Complaint is dismissed **with prejudice** and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

5. The Court retains jurisdiction of this case to enforce the terms of the Settlement Agreement.  *See K.C. ex rel. Erica C. v. Torlakson*, 762 F.3d 963, 967 (9th Cir. 2014) (to establish ancillary jurisdiction to enforce a settlement agreement under *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381–82 (1994), a court may either include a provision retaining jurisdiction in the dismissal order or directly incorporate the terms of the agreement into that order).

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** April 30, 2021.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE ~ 2